In the United States Federal District Court For the 4th Circuit D.C.

FILED
SEP 3 0 2025
Clerk U.S. District Court
Greensboro, NC
BY

(plaintiff) Jody Edgar Hall #0162341

Case No.

v.

(Defendant) Jessica Hall Hagerman

Complaint
(pro se Prisoner)

(plaintiff Information)

    Jody Edgar Hall #0162341
    Central Prison Hospital
    1300 Western Blvd.
    Raleigh, N.C. 27606-4285

Jury Demand
☑ yes ☐ No

(Prisoner Status) ☑ State ☑ Convicted and Sentenced State Prisoner

(Defendants Information)

    Jessica Hall Hagerman
    316 Gieger Lane
    Salisbury, N.C. 28147

(See Attachment #1)

Signed: Jody Edgar Hall #0162341
Dated: 9-22-25

## Statement of Claim

On 4-28-25, I Called my Half Sister, Jessica Hall Hagerman and asked Her if She would Post "my Art Works" For Sale on the internet so I Could Buy some things I needed.

All of prisoner's phone Calls Are recorded So I am going to make A motion And File it For the Court to Help me obtain these phone Calls that will Prove my Case.

Jessica Hall Hagerman said "Yes! I Can do that For you. Just Send me the pictures And Another Visitation Form to Fill out So I can Send you the Funds From them."

I mailed them to Her on 4-29-25. On 5-27-25, I Had Not Heard Anything

(continued on Attachment #2) (original copy)

Back From Her or the Prison about the Visitation Form For Her. I wrote to the Warden and Asked about the Status oF Her Visitation Form, And He Sent it Back Saying "NO Visitation Form was Sent in For Jessica Hall Hagerman."

I Had my Drs, Nurse's, OFFicers, And other inmates Family members Searching "Face Book Market Place" where Jessica told me, "She was going to Post them." They All wanted to Buy "my Artworks" But they Still are Not Posted For Sale. Today is 9-2-25.

It Has Now Been almost 5 months that She Has Had "my Artworks" And Has Not Posted them For Sale or Sent in the visitation Form, which Proves that She "intended" on "Stealing" "my Artworks" From the very minute that She told me to Mail them to Her.

(original Copy) (Continued on Attachment #3)

On 5-27-25, I Called Her Home phone number and our Dad answered. He told me, "Jessica Got your pictures And Showed them to me. They Look Very good." I asked Him iF She was at Home. He Said "NO". I Could Hear Her in the Background talking though.

I asked Dad iF He would Please Send me Some money For Coffee and some things I needed. He said "I Don't Have Any Money!" I Give Jessica $1100.⁰⁰ each month For the Bills And Now Jimmy is paying Her $200.⁰⁰ each month to park His camper in the yard. I Don't Know what they Do with All their money!"

Jessica works two Jobs and Her Husband Has his own "Construction Contracting" Bussiness. They Should NOT Have to Steal From a Handicapped, HalF

(original copy) (continued on Attachment 4)

Page
7-OF-10
Continued
(VI.)
Statement

Brother oF Jessica's, But they Have Anyways. They Do NOT Claim Any of the $1100.00 each month. that Dad gives them as income, which He Has give them Every month For the Past 8 years, according to what He told me on the phone. They Also Do Not Claim any oF the $200.00 each month that my Uncle Jimmy Hall gives them to Park his camper in the yard.

Page
8-OF-10
(VII)
Relief

I Have Been indigent For the Past 4 years Here And Jessica Has 10 pieces oF "my Artwork" that "I Value at $10,000.00, plus All the Costs oF this Suit" is. What I want in Relief oF this Suit, I want Jessica Hall Hagerman to Pay All Costs in this Suit, And I Seek the $10,000.00 For my Artworks From Her Jointly and Severally. Also punitive Damages in the amount oF $2,500.00, Jointly and Severally From Jessica Hall Hagerman.

(Original Copy) ~~(Continued on All... #6)~~

Jody Edgar Hall
#0162341

page
9-OF-10
(VIII.)
Prisoners
Litigation
History

VIII. Prisoner's Litigation History   Date: 9-22-25

The "Three Strikes Rule" Bars a prisoner from Bringing a Civil action or appeal in Forma Pauperis in Federal Court if that prisoner has "on three or more occasions, while incarcerated or detained in any Facility, Brought an action or appeal in a court of The United States that was dismissed on the grounds that it is Frivolous, malicious, or Fails to State a Claim upon which relief may Be granted, Unless the prisoner is under imminent danger of Serious physical injury." 28 U.S.C. § 1915(g).

Have you Brought any other Lawsuits in State or Federal Court while a prisoner? ☐ yes ☑ NO

IF Yes, How Many?   <u>None</u>

Number each different lawsuit Below and include the Following:

• Name of Case (including Defendants' names), Court, and Docket Number
• Nature of Claim made
• How Did it End? (For example, iF it was dismissed, appealed, or is Still pending, Explain Below.)

Jody Edgar Hall
#0462341
Date: 9-22-25

Page
10-OF-10
(IX.)
plaintiffs
Declaration
And warning

(IX.) Plaintiff's Declaration and warning
Under Federal Rule of Civil Procedure 11, By Signing Below, I Certify to the Best of my knowledge, information, and Belief that this Complaint: (1) is not Being presented For an improper purpose, such as to harass, Cause unnecessary Delay, or needlessly increase the Cost of Litigation; (2) is supported By existing Law or by a non Frivolous argument For extending or modifying existing Law; (3) the Factual contentions have evidentiary support or, if Specifically so identified, will Likely have evidentiary support after a reasonable opportunity For Further investigation or Discovery; and (4) the Complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's office with any Changes to my address where Case-related papers may Be Served. I Understand that my Failure to keep a current address on File with the Clerk's office may result in the dismissal of my Case.

Each plaintiff must sign and Date the complaint and provide prison identification number and Prison Address.

Signature: Jody Edgar Hall #0162341        Date: 9-22-25

Address: Central Prison Hospital - 1300 Western Blvd. Raleigh, N.C. 27606

STATE OF NORTH CAROLINA

File No.

_Rowan_ County

Federal 4th Circuit In The General Court Of Justice For
☑ District ☐ Superior Court Division

Name And Address Of Plaintiff 1
Jody Edgar Hall #016234
Central Prison Hospital-1300 Western Blvd.
Raleigh, N.C. 27606-4285

Name And Address Of Plaintiff 2

**GENERAL
CIVIL ACTION COVER SHEET**

☑ INITIAL FILING    ☐ SUBSEQUENT FILING

Rule 5(b) of the General Rules of Practice for the Superior and District Courts

**VERSUS**

Name And Address Of Defendant 1
Jessica Hall Hagerman
316 Gieger Lane
Salisbury, N.C. 28147

Summons Submitted
☑ Yes    ☐ No

Name And Address Of Defendant 2

Name And Address Of Attorney Or Party, If Not Represented
(complete for initial appearance or change of address)
Jody Edgar Hall #016234
Central Prison Hospital-1300 Western Blvd.
Raleigh, N.C. 27606-4285

Telephone No.              Cellular Telephone No.

NC Attorney Bar No.    Attorney Email Address

☑ Initial Appearance in Case    ☐ Change of Address

Name Of Firm                           Fax No.

Summons Submitted
☐ Yes    ☐ No

Counsel For
☑ All Plaintiffs  ☐ All Defendants  ☐ Only: (list party(ies) represented)

☑ Jury Demanded In Pleading    ☐ Complex Litigation    ☐ Stipulate to Arbitration

**TYPE OF PLEADING**

*(check all that apply)*

☐ Amend (AMND)
☐ Amended Answer/Reply (AMND-Response)
☐ Amended Complaint (AMND)
☑ Assess Costs (COST)
☐ Answer/Reply (ANSW-Response) *(see Note)*
☐ Change Venue (CHVN)
☑ Complaint (COMP)
☐ Confession Of Judgment (CNFJ)
☐ Consent Order (CONS)
☐ Consolidate (CNSL)
☐ Contempt (CNTP)
☐ Continue (CNTN)
☐ Compel (CMPL)
☐ Counterclaim (CTCL) *Assess Court Costs*
☐ Crossclaim *(list on back)* (CRSS) *Assess Court Costs*
☐ Dismiss (DISM) *Assess Court Costs*
☐ Exempt/Waive Mediation (EXMD)
☐ Extend Statute Of Limitations, Rule 9 (ESOL)
☐ Extend Time For Complaint (EXCO)
☐ Failure To Join Necessary Party (FJNP)

☐ Failure To State A Claim (FASC)
☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
☐ Improper Venue/Division (IMVN)
☐ Including Attorney's Fees (ATTY)
☐ Intervene (INTR)
☐ Interplead (OTHR)
☐ Lack Of Jurisdiction (Person) (LJPN)
☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
☐ Modification Of Child Support In IV-D Actions (MSUP)
☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
☑ Petition To Sue As Indigent (OTHR)
☐ Rule 12 Motion In Lieu Of Answer (MDLA)
☐ Sanctions (SANC)
☐ Set Aside (OTHR)
☐ Show Cause (SHOW)
☐ Transfer (TRFR)
☐ Third Party Complaint *(list Third Party Defendants on back)* (TPCL)
☐ Vacate/Modify Judgment (VCMD)
☐ Withdraw As Counsel (WDCN)
☑ Other *(specify and list each separately)*
☑ Defendant to pay All Costs in this Suit.

**NOTE:** *All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must include either a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.*

(Over)

AOC-CV-751, Rev. 3/19, © 2019 Administrative Office of the Courts

**Attachment 4**

| CLAIMS FOR RELIEF | | |
|---|---|---|
| ☐ Administrative Appeal (ADMA) | ☐ Limited Driving Privilege - Out-Of-State | ☐ Product Liability (PROD) |
| ☐ Appointment Of Receiver (APRC) | Convictions (PLDP) | ☐ Real Property (RLPR) |
| ☐ Attachment/Garnishment (ATTC) | ☐ Medical Malpractice (MDML) | ☐ Specific Performance (SPPR) |
| ☐ Claim And Delivery (CLMD) | ☐ Minor Settlement (MSTL) | ☑ Other *(specify and list each separately)* |
| ☐ Collection On Account (ACCT) | ☐ Money Owed (MNYO) | ☑ 10 Pieces of My Stolen Art |
| ☐ Condemnation (CNDM) | ☐ Negligence - Motor Vehicle (MVNG) | Works, I Valued at $10,000.00 |
| ☐ Contract (CNTR) | ☐ Negligence - Other (NEGO) | ☑ Defendant to Pay All costs |
| ☐ Discovery Scheduling Order (DSCH) | ☐ Motor Vehicle Lien G.S. Chapter 44A (MVLN) | in this Case. |
| ☐ Injunction (INJU) | ☐ Possession Of Personal Property (POPP) | |

| Date | Signature Of Attorney/Party |
|---|---|
| 9-22-25 | *Jody Edgar Hall* |

**FEES IN G.S. 7A-308 APPLY**
Assert Right Of Access (ARAS)
Substitution Of Trustee (Judicial Foreclosure) (RSOT)
Supplemental Procedures (SUPR)

☑ Defendant Also Pay $2,500.00 in Punitive Damages And interest.

**PRO HAC VICE FEES APPLY**
Motion For Out-Of-State Attorney To Appear In NC Courts In A Civil Or Criminal Matter (Out-Of-State Attorney/Pro Hac Vice Fee)

| No. | ☐ Additional Plaintiff(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |

| No. | ☐ Additional Defendant(s)  ☐ Third Party Defendant(s) | Summons Submitted |
|---|---|---|
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |

Plaintiff(s) Against Whom Counterclaim Asserted

Defendant(s) Against Whom Crossclaim Asserted

AOC-CV-751, Side Two, Rev. 3/19
© 2019 Administrative Office of the Courts

**Attachment 4**

## STATE OF NORTH CAROLINA

**Rowan** _____ County

File No. _____

In The General Court Of Justice

Name And Address Of Plaintiff
#0162341 Jody Edgar Hall
1300 Western Blvd.
Raleigh, N.C. 27606-4285

VERSUS

Name And Address Of Defendant Jessica Hall Hagerman
316 Gieger Ln.
Salisbury, N.C. 28147

**SERVICEMEMBERS CIVIL RELIEF ACT
DECLARATION**

G.S. Ch. 127B, Art. 4; 50 U.S.C. 3901 to 4043

**NOTE:** *Though this form may be used in a Chapter 45 Foreclosure action, it is not a substitute for the certification that may be required by G.S. 45-21.12A.*

| DECLARATION |
|---|

I, the undersigned Declarant, under penalty of perjury declare the following to be true:
1. As of the current date: *(check one of the following)*
   - ☐ a. I have personal knowledge that the defendant named above is in military service.*
   - ☑ b. I have personal knowledge that the defendant named above is **not** in military service.*
   - ☐ c. I am unable to determine whether the defendant named above is in military service.*
2. As of the current date, I ☐ have ☑ have not received a copy of a military order from the defendant named above relating to State active duty as a member of the North Carolina National Guard or service similar to State active duty as a member of the National Guard of another state. *See G.S. 127B-27 and G.S. 127B-28(b).*
3. I ☐ used ☑ did not use the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the defendant's federal military service.
   - ☐ The results from my use of that website are attached.
   - (**NOTE:** *The Servicemembers Civil Relief Act Website is a website maintained by the Department of Defense (DoD). If DoD security certificates are not installed on your computer, you may experience security alerts from your internet browser when you attempt to access the website. Members of the North Carolina National Guard under an order of the Governor of this State and members of the National Guard of another state under an order of the governor of that state will **not** appear in the SCRA Website database.*)
4. The following facts support my statement as to the defendant's military service: *(State how you know the defendant is or is not in the military. Be specific.)* Jessica Hall Hagerman is My Half Sister and She Takes Care of our Dad And Her Husband And 2 children, They All Live At the Above Address.

**\*NOTE:** *The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, Space Force, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or of the National Oceanic and Atmospheric Administration; any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. 3911(2). The term "military service" also includes the following: State active duty as a member of the North Carolina National Guard under an order of the Governor pursuant to Chapter 127A of the General Statutes, for a period of more than 30 consecutive days; service as a member of the National Guard of another state who resides in North Carolina and is under an order of the governor of that state that is similar to State active duty, for a period of more than 30 consecutive days. G.S. 127B-27(3) and G.S. 127B-27(4).*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

| Date | Signature Of Declarant | Name Of Declarant (type or print) |
|---|---|---|
| | Jody Edgar Hall | Jessica Hall Hagerman |

**NOTE TO COURT:** *Do not proceed to enter judgment in a non-criminal case in which the defendant has not made an appearance until a Servicemembers Civil Relief Act affidavit or declaration (whether on this form or not) has been filed, and if it appears that the defendant is in military service, do not proceed to enter judgment until such time that you have appointed an attorney to represent him or her.*

(Over)

AOC-G-250, Rev. 4/24
© 2024 Administrative Office of the Courts

# Information About Servicemembers Civil Relief Act Affidavits And Declarations

1. **Plaintiff to file affidavit/declaration**

   In any civil action or proceeding, including any child custody proceeding, in which the defendant does not make an appearance, the court, before entering judgment for the plaintiff, shall require the plaintiff to file with the court an affidavit—

   (A) stating whether or not the defendant is in military service and showing necessary facts to support the affidavit; or

   (B) if the plaintiff is unable to determine whether or not the defendant is in military service, stating that the plaintiff is unable to determine whether or not the defendant is in military service.

   50 U.S.C. 3931(b)(1).

2. **Appointment of attorney to represent defendant in military service**

   If in a civil action or proceeding in which the defendant does not make an appearance it appears that the defendant is in military service, the court may not enter a judgment until after the court appoints an attorney to represent the defendant. If an attorney appointed to represent a service member cannot locate the service member, actions by the attorney in the case shall not waive any defense of the service member or otherwise bind the service member. 50 U.S.C. 3931(b)(2). State funds are not available to pay attorneys appointed pursuant to the Servicemembers Civil Relief Act. To comply with the federal Violence Against Women Act and in consideration of G.S. 50B-2(a), 50C-2(b), and 50D-2(b), plaintiffs in Chapter 50B, Chapter 50C, and Chapter 50D proceedings should not be required to pay the costs of attorneys appointed pursuant to the Servicemembers Civil Relief Act. Plaintiffs in other types of actions and proceedings may be required to pay the costs of attorneys appointed pursuant to the Servicemembers Civil Relief Act. The allowance or disallowance of the ordering of costs will require a case-specific analysis.

3. **Defendant's military status not ascertained by affidavit/declaration**

   If based upon the affidavits filed in such an action, the court is unable to determine whether the defendant is in military service, the court, before entering judgment, may require the plaintiff to file a bond in an amount approved by the court. If the defendant is later found to be in military service, the bond shall be available to indemnify the defendant against any loss or damage the defendant may suffer by reason of any judgment for the plaintiff against the defendant, should the judgment be set aside in whole or in part. The bond shall remain in effect until expiration of the time for appeal and setting aside of a judgment under applicable Federal or State law or regulation or under any applicable ordinance of a political subdivision of a State. The court may issue such orders or enter such judgments as the court determines necessary to protect the rights of the defendant under this Act. 50 U.S.C. 3931(b)(3).

4. **Satisfaction of requirement for affidavit/declaration**

   The requirement for an affidavit above may be satisfied by a statement, declaration, verification, or certificate, in writing, subscribed and certified or declared to be true under penalty of perjury. 50 U.S.C. 3931(b)(4). The presiding judicial official will determine whether the submitted affidavit is sufficient.

5. **Penalty for making or using false affidavit/declaration**

   A person who makes or uses an affidavit permitted under 50 U.S.C. 3931(b) (or a statement, declaration, verification, or certificate as authorized under 50 U.S.C. 3931(b)(4)) knowing it to be false, shall be fined as provided in title 18, United States Code, or imprisoned for not more than one year, or both. 50 U.S.C. 3931(c).

AOC-G-250, Side Two, Rev. 4/24
© 2024 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_Rowan_ County

In The General Court Of Justice For
☑ District ☐ Superior Court Division

_Federal 4th Circuit_

**Name Of Plaintiff**
Jody Edgar Hall #0162341

**Address**
Central Prison Hospital-1300 Western Blvd.

**City, State, Zip**
Raleigh, N.C. 27606-4285

VERSUS

**Name Of Defendant(s)**
Jessica Hall Hagerman

File No. ▶

## CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

9-22-25

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Jessica Hall Hagerman 316 Gieger Lane Salisbury, N.C. 28147 | |

⚠️ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| Jody Edgar Hall #0162341 Central Prison Hospital-1300 Western Blvd. Raleigh, N.C. 27606-4285 | 9-22-25 | 9:00 ☑ AM ☐ PM |
| | **Signature** Jody Edgar Hall (Plaintiff) | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE) This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time ☐ AM ☐ PM |
|---|---|---|
| | **Signature** | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** _Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | RETURN OF SERVICE | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 1.<br>☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 2.<br>☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts