IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JODY EDGAR HALL,              )
                              )
            Plaintiff,        )
                              )
    v.                        )      1:25-cv-890
                              )
JESSICA HALL HAGERMAN,        )
                              )
            Defendant.        )
```

### ORDER

On October 27, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint in state court unless he can allege facts establishing federal jurisdiction.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of January, 2026.

                                          /s/ William L. Osteen, Jr.
                                              United States District Judge